1048

No. 90–779.  BREEN *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 90–780.  DESANTIS ET AL. *v.* WACKENHUT CORP.  Sup. Ct. Tex.  Certiorari denied.

No. 90–784.  KENNEDY *v.* COUNTY OF LOS ANGELES ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 90–789.  HEGEDUS *v.* LIMBACH, OHIO TAX COMMISSIONER.  C. A. 6th Cir.  Certiorari denied.

No. 90–790.  SETERA *v.* TEMME ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–794.  NAJARRO ET AL. *v.* FRAME ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–796.  POCONO GREEN, INC. *v.* BOARD OF SUPERVISORS OF KIDDER TOWNSHIP (CARBON COUNTY), PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 90–800.  BLACKSHIRE *v.* BLACKSHIRE.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 90–801.  PERSON *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 90–804.  FEINGOLD *v.* DISCIPLINARY BOARD OF PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 90–814.  ELLIOTT *v.* MERCURY MARINE.  C. A. 11th Cir.  Certiorari denied.

No. 90–820.  WHITEHORN ET UX. *v.* MURPHY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–837.  LAGOS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–852.  ASHER *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 90–860.  AIELLO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.